Richard G. De La Mora (122587), rdelamora@bargerwolen.com
Richard B. Hopkins, II (190108), rhopkins@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
Global Benefits Group, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GLOBAL BENEFITS GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELINE ZHANG, PATRICK HOPKINS, REZA KHADIVI, SHANGHAI TAI KAI a.k.a. STK and Does 1 through 10,<br><br>Defendants. | CASE NO. CV094667 CAS (CTX)<br><br>[~~PROPOSED~~] ~~TEMPORARY RESTRAINING ORDER AND~~ ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>Courtroom: 5<br>Date: TBD<br>Time: TBD<br><br>[Filed Concurrently With Notice of Application and Application for Temporary Restraining Order and Declarations of Andrew Thorburn, Robert Sass, Linda McCabe Roberts and Richard B. Hopkins, II]<br><br>Judge: Hon. Christina A. Snyder<br><br>Trial Date: none set |

i:\office\10494\003\09pleadings\tro-prop order.doc

TO DEFENDANTS CELINE ZHANG, PATRICK HOPKINS, REZA KHADIVI AND SHANGHAI TAI KAI a.k.a. STK:

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at 10:00 a.m. on August 3, 2009 or as soon thereafter as counsel may be heard in the courtroom of the Honorable Christina A. Snyder, located at the United States District Court, Central District, Courtroom 5, 312 N. Spring Street, Los Angeles, CA, why you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from doing, committing, abiding, causing or abetting any of the following:

   a. Using the name Global Benefits Group, GBG, TieCare International, TieCare and any variations or modification of these and all other names, service marks, trademarks or trade dress of Global Benefits;
   b. Transferring funds received by current or former clients from existing GBG bank accounts to other accounts of third parties;
   c. Soliciting or entering into any agreement with any current or former clients of GBG;
   d. Redirecting traffic from the website www.gbg.com.cn to any other website and issue a disclaimer on the www.gbg.com.cn website that Shanghai Tai Kai is no longer associated with GBG or TieCare International;
   e. Communicating with clients, insurance companies or other entities, in such a way that implies any association with GBG or TieCare International;

f. Using or otherwise accessing or copying any data acquiring by or on behalf of GBG, including procedure manuals, customer lists, premium charts, and all other data relating to the GBG business;

g. Accessing the GBG Information and Computer Systems and all Account Information;

h. Disclosing GBG Information and Computer System or Account Information or render services to any person, corporation, association or other entity.

~~PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys and all those in active concert of participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from doing, committing, abiding, causing or abetting any of the following:~~

~~a. Using the name Global Benefits Group, GBG, TieCare International, TieCare and any variations or modification of these and all other names, service marks, trademarks or trade dress of Global Benefits;~~

~~b. Transferring funds received by current or former clients from existing GBG bank accounts to other accounts of third parties;~~

~~c. Soliciting or entering into any agreement with any current or former clients of GBG;~~

~~d. Redirecting traffic from the website www.gbg.com.cn to any other website and issue a disclaimer on the www.gbg.com.cn website that Shanghai Tai Kai is no longer associated with GBG or TieCare International;~~

~~e. Communicating with clients, insurance companies or other entities, in such a way that implies any association with GBG or TieCare International;~~

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

~~f. Using or otherwise accessing or copying any data acquiring by or on behalf of GBG, including procedure manuals, customer lists, premium charts, and all other data relating to the GBG business;~~

~~g. Accessing the GBG Information and Computer Systems and all Account Information;~~

~~h. Disclosing GBG Information and Computer System or Account Information or render services to any person, corporation, association or other entity.~~

T~~he above Temporary Restraining Order is effective on Plaintiff's fi~~ling an unde~~rtaking in the sum of $_____~~. This Order to Show Cause and supporting papers must be served on Defendants no later than ___14___ days before the date set for hearing, and proof of service shall be filed no later than July 24, 2009 ~~court days before the hearing~~. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than July 27, 2009 ~~court days before the date set for hearing~~, and proof of service shall be filed no later than July 31, 2009 ~~court days before the hearing~~.

DATED: July 1, 2009

_____Christina A. Snyder_____
United States District Judge